UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JORGE ARIAS, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil No. 11-11151-JLT |
| | * | |
| SEAN McADAM, | * | |
| | * | |
| Respondent. | * | |
| | * | |

ORDER

March 6, 2012

TAURO, J.

This court ACCEPTS and ADOPTS the November 21, 2011 <u>Report and Recommendation on Respondent's Motion to Dismiss for failure to Exhaust State Court Remedies</u> [#14] of Magistrate Judge Collings.  Respondent's <u>Motion to Dismiss for Failure to Exhaust State Court Remedies</u> [#9] is DENIED as moot because the court has ALLOWED Petitioner's <u>Motion to to [sic] Voluntarily Withdraw Counts 1,2,3,5</u> [#15].

IT IS SO ORDERED.

     /s/ Joseph L. Tauro
United States District Judge