UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JORGE ARIAS, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 11-11151-JLT |
| | * | |
| SEAN MCADAM, | * | |
| | * | |
| Respondent. | * | |

ORDER

October 15, 2012

TAURO, J.

After considering Magistrate Judge Collings's June 16, 2012 Report and Recommendation [#24] and noting that there has been no objection, this court hereby ACCEPTS and ADOPTS the Report and Recommendation [#24] for the reasons set forth therein. Petitioner's Petition [#1] is DENIED. This case is CLOSED.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge